UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

|  |  |  |
|---|---|---|
| MICHAEL GORZ, | ) | Chapter 7 |
|  | ) | Case No. 10 B 38929 |
|  | ) | Hon. Jacqueline P. Cox |
| Debtors. | ) |  |

### FINAL APPLICATION OF TRUSTEE'S ATTORNEYS FOR THE ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES

Much Shelist Denenberg Ament & Rubenstein, P.C. ("Much Shelist"), attorneys for Norman B. Newman, not individually but solely as the Chapter 7 Trustee herein, (the "Trustee") moves this Court pursuant to Sections 330 and 331 of the Bankruptcy Code and Bankruptcy Rule 2016, for the allowance of final compensation and reimbursement of expenses for services rendered during the period December 29, 2010 through September 20, 2011. In support of this application, Much Shelist states as follows:

1. On August 31, 2010, the Debtor filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code. The Trustee was subsequently appointed and qualified as Trustee.

2. On January 11, 2011, this Court entered an Order authorizing the Trustee to employ Much Shelist as his attorneys in this case.

3. Other than as permitted under Section 504 of the Bankruptcy Code, Much Shelist has no agreement with any person or firm whatsoever with regard to its compensation in this case. To date, Much Shelist has not received any compensation for services rendered as attorneys for the Trustee.

4. Much Shelist is entitled to receive final compensation in the amount of $2,055.00 plus reimbursement of expenses in the amount of $2.90 for services rendered during the period of December 29, 2010 through September 20, 2011.

5. Much Shelist provided 3.50 hours of services on behalf of the Trustee during the time period covered by this application.

6. The following is a summary of time expended, by individual, during the time period covered by this application.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 3.50 hrs. | | $2,055.00 |
| | | | |
| **TOTAL** | **3.50 hrs.** | | **$2,055.00** |

7. Attached hereto as Exhibit "A" is a statement of legal services rendered. The services are listed chronologically and are separated by activity. Certain time entries could have been listed under a different activity, but there is no duplication of time entries. The services were rendered in connection with and in furtherance of assisting the Trustee in the performance of his duties as delineated by §704 of the Bankruptcy Code. This application complies with the standards enunciated in <u>In re Continental Securities Litigation</u>, 572 F. Supp. 931 (N.D. Ill. 1983) <u>modified</u> 692 F.2d 766 (7th Cir. 1992).

8. At all times relevant hereto, Much Shelist provided legal services in the most efficient and cost effective manner. Much Shelist's goal was to obtain a positive resolution of the matter at hand, while in the process minimizing the costs to the estate.

9. Due to the small amount of time spent representing the Trustee, all time entries have been transferred under the category of General Administration:

  A. **General Administration (Tab No. 1):** Much Shelist provided 3.50 hours of general administrative services to the Trustee. The Trustee learned at the Section 341 meeting

that the Debtor might be entitled to receive funds from the sale of real estate and other personal property owned by his late mother. Much Shelist engaged in telephonic and written communications with the Debtor regarding the status of the real estate involved in his late mother's estate. Time was spent in connection with the preparation of pleadings and appearances in Court on Trustee's motion to employ attorneys. Attorneys reviewed documents pertaining to the debtor's mother's estate as well as documents prepared for the real estate closing. Telephonic and written communications transpired with seller's attorney and title company regarding the real estate closing and disbursement of proceeds. Time was spent reviewing the claims register and claims for potential objection and on the preparation of this final fee application.

| Attorney | Hours Expended | Hourly Rate | Amount |
|---|---|---|---|
| Norman B. Newman | 3.50 hrs. | $587.14/hr.* | $2,055.00 |
| | | | |
| **TOTAL** | **3.50 hrs.** | | **$2,055.00** |

*During the time period covered by this application, the hourly rates of some of the individuals who provided services changed. The hourly rate reflected is an average rate.

10.     During the time period covered by this Application, Much Shelist incurred out-of-pocket expenses in the amount of $2.90. Attached hereto as Exhibit "B" is an itemization of Much Shelist's out-of-pocket expenses. The charge for photocopies is 10¢ per page. Facsimile charges are billed at the rate of $1.00 per page, incoming and outgoing. Much Shelist asserts that these out-of-pocket expenses were reasonable and necessary expenses incurred in its representation of the Trustee.

11.     The services which Much Shelist provided as counsel for Trustee during the time period covered by this application were reasonable and necessary and resulted in a substantial benefit to the creditors of this estate and to Trustee. This is a surplus estate. All creditors who

filed proofs of claim will receive payment of the principal amount of their claims in full plus interest. Excess funds will be turned over to Michael Gorz.

**WHEREFORE**, Much Shelist Denenberg Ament & Rubenstein, P.C. respectfully requests that this Court enter an Order as follows:

1. Granting this Application and awarding Much Shelist final compensation in the amount of $2,055.00 plus reimbursement of out-of-pocket expenses in the amount of $2.90 for services rendered during the period December 29, 2010 through September 20, 2011.

2. Authorizing the Trustee to pay Much Shelist the amount awarded forthwith as a Chapter 7 expense of administration of this estate; and

3. Granting such other and further relief as this Court deems just and appropriate.

Respectfully Submitted,

**Much Shelist Denenberg Ament & Rubenstein, P.C.**

/s/ Norman B. Newman
**Norman B. Newman, Trustee**

Norman B. Newman (Atty. ID#02045427)
**MUCH SHELIST DENENBERG AMENT & RUBENSTEIN, P.C.**
191 N. Wacker Drive, Suite 1800
Chicago, IL 60606
(312) 521-2000

2682005_1.doc