IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| | ) | |
| MICHAEL GORZ, | ) | CASE NO. 10-38929 |
| | ) | |
| Debtor(s) | ) | JUDGE JACQUELINE P. COX |
| | ) | |

**TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES**

TO:   HONORABLE JACQUELINE P. COX
      BANKRUPTCY JUDGE

NOW COMES NORMAN NEWMAN, Trustee herein, pursuant to 11 U.S.C. §330, and requests $1,705.03 as compensation, $0.00 of which has previously been paid, and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $9,550.34. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of first $5,000.00 | $ 1,250.00 | ($1,250.00 maximum) |
| 10% of next $45,000.00 | $ 455.03 | ($4,500.00 maximum) |
| 5% of next $950,000.00 | $ 0.00 | ($47,500.00 maximum) |
| 3% of balance | $ 0.00 | |
| | | |
| TOTAL COMPENSATION | $ 1,705.03 | |

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                              $_____0.00

The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Dated: _____                    /s/ Norman B. Newman
                                                NORMAN NEWMAN, Trustee
                                                MUCH SHELIST
                                                191 N. WACKER DRIVE
                                                SUITE 1800
                                                CHICAGO, IL 60606-1615

# MUCH SHELIST

191 North Wacker Drive, Suite 1800
Chicago, IL 60606.1615
T 312.521.2000  F 312.521.2100

FEIN 36-2757501

Michael Gorz
c/o Norman B. Newman, Trustee
191 N Wacker Dr
Ste 1800
Chicago, IL 60606

Invoice Number: ******

Invoice Date: 09/29/2011

Billing Attorney: **Norman B. Newman**

Matter Number: **0009000.0009**

10 - Trustee Matters

**FEES THROUGH SEPTEMBER 20, 2011**

| Date | Atty. | Description | Hours |
| --- | --- | --- | --- |
| 12/30/10 | NBN | Review filed version of motion to employ attorney. | 0.20 |
| 03/29/11 | NBN | Telephone conference with R. Gorz regarding estimated sale proceeds. | 0.20 |
| 04/04/11 | NBN | Review schedules and SOFA regarding distribution. | 0.40 |
| 04/21/11 | NBN | Correspondences with M. Gorz regarding funds received from sale of condo and status of bankruptcy case. | 0.20 |
| 04/22/11 | NBN | Review claim register and schedule and SOFA. | 0.60 |
| 05/05/11 | NBN | Review claims register and bar date. | 0.20 |
| 08/19/11 | NBN | Review claim register regarding possible surplus. | 0.30 |
| | | **Total Hours** | **2.10** |

**PLEASE SEND PAYMENT TO:**
Much Shelist ■ 35335 Eagle Way ■ Chicago, IL 60678.1353

Payment due within 30 days of invoice

E billinginquiries@muchshelist.com ■ www.muchshelist.com

thinking business, practicing law.