# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In re:  §  Case No. 10-38929
    GORZ, MICHAEL  §
      §
      §
    Debtor(s)  §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that NORMAN NEWMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street, 7th Floor, Chicago

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 a.m. on 12/01/2011 in Courtroom 619, United States Courthouse Courthouse, 219 S. Dearborn Street, Chicago, Illinos. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/18/2011      By:     /s/NORMAN NEWMAN
                                                            Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

UST Form 101-7-NFR (10/1/2010)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: GORZ, MICHAEL | § | Case No. 10-38929 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | |
|---|---|
| *The Final Report shows receipts of* | $ 16,544.57 |
| *and approved disbursements of* | $ 58.94 |
| *leaving a balance on hand of* [1] | $ 16,485.63 |
| **Balance on hand:** | $ 16,485.63 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

| | | |
|---|---|---|
| Total to be paid to secured creditors: | $ | 0.00 |
| Remaining balance: | $ | 16,485.63 |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - Norman B. Newman, Trustee | 1,705.03 | 0.00 | 1,705.03 |
| Attorney for Trustee, Fees - Much Shelist, et.al. | 2,055.00 | 0.00 | 2,055.00 |
| Attorney for Trustee, Expenses - Much Shelist, et.al. | 2.90 | 0.00 | 2.90 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administration expenses: | $ | 3,762.93 |
| Remaining balance: | $ | 12,722.70 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 12,722.70

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 12,722.70

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 5,746.28 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Discover Bank | 3,317.78 | 0.00 | 3,317.78 |
| 2 | Am. InfoSource LP as agent for Am. Honda Finance | 2,428.50 | 0.00 | 2,428.50 |

Total to be paid for timely general unsecured claims: $ 5,746.28
Remaining balance: $ 6,976.42

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 6,976.42

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 6,976.42

To the extent funds remain after payment in full of all allowed claims, interest will be paid at the legal rate of 0.3% pursuant to 11 U.S.C. § 726(a)(5). Funds available for interest are $16.13. The amounts proposed for payment to each claimant, listed above, shall be increased to include the applicable interest.

The amount of surplus returned to the debtor after payment of all claims and interest is $6,994.10.

**UST Form 101-7-NFR (10/1/2010)**

Prepared By: /s/NORMAN NEWMAN
Trustee

NORMAN NEWMAN
191 N. WACKER DRIVE
SUITE 1800
CHICAGO, IL 60606-1615
(312) 521-2000

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

UST Form 101-7-NFR (10/1/2010)

```
                         United States Bankruptcy Court
                         Northern District of Illinois
In re:                                                      Case No. 10-38929-JPC
Michael Gorz                                                Chapter 7
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 0752-1          User: arodarte              Page 1 of 1                  Date Rcvd: Oct 20, 2011
                              Form ID: pdf006             Total Noticed: 22


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 22, 2011.
db            +Michael Gorz,    530 Clarence Avenue,    Oak Park, IL 60304-1302
16068060       Central DuPage Hospital,    25 North Winfield Road,    Winfield, IL 60190-1295
16068061       Citibank,    P.O. Box 688904,    Des Moines, IA 50368-8904
16068063      +Comcast,    P. O. Box 3002,    Southeastern, PA 19398-3002
16068068       Jill & Michael Flaherty,    425 Forest Avenue,    Glen Ellyn, IL 60137
16068069       Law Offices of Robert McDonough,    330 Naperville Road,    Suite 405,    Naperville, IL
16322130      +Michael E Powers Ltd,    360 W Butterfield Road #200,    Elmhurst IL 60126-5000
16068071      +Residences at the Grove,    2845 Easton Street,    Downers Grove, IL 60515-3885
16322131      +Robin R Miller Attorney PC,    2100 Manchester Road Ste 503,    Wheaton IL 60187-4586
16068072      +Saraah H. Gorz,    503 Ridgewood Avenue,    Glen Ellyn, IL 60137-5016
16068073      +Sarah H. Gorz,    503 Ridgewood Avenue,    Glen Ellyn, IL 60137-5016
16068079      +Wells Fargo Bank N.A.,    P. O. Box 4233,    Portland, OR 97208-4233
16068080      +Wells Fargo Home Mortgage,    2650 Wells Fargo Way,    Minneapolis, MN 55467-2694
16068081       Wole & Stec, Ltd.,    3950 Hobson Road,    Suite 103,    Woodridge, IL 60517
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
16068067       E-mail/Text: ebnbankruptcy@ahm.honda.com Oct 21 2011 01:58:38     Honda Financial Services,
                3625 West royal Lane,    Suite 200,    Irving, TX 75063
17141953       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 21 2011 03:07:31
                American InfoSource LP as agent for,    American Honda Finance,    PO Box 248838,
                Oklahoma City, OK 73124-8838
16068064       E-mail/Text: legalcollections@comed.com Oct 21 2011 01:58:44     ComEd,    PO Box 6111,
                Carol Stream, IL 60197-6111
16068065       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2011 03:17:52     Discover,    PO Box 6103,
                Carol Stream, IL 60197-6103
16755454       E-mail/PDF: mrdiscen@discoverfinancial.com Oct 21 2011 03:17:52     Discover Bank,
                Discover Products Inc.,    PO Box 3025,    New Albany, OH 43054-3025
16068066       E-mail/PDF: gecsedi@recoverycorp.com Oct 21 2011 03:14:43     GE Money Bank,    P. O. Box 960061,
                Orlando, FL 32896-0061
16068070       E-mail/Text: bankrup@nicor.com Oct 21 2011 01:57:50     Nicor Gas,    PO Box 0632,
                Aurora, IL 60507-0632
16068078       E-mail/Text: vci.bkcy@vwcredit.com Oct 21 2011 01:58:31     Volkswagen Credit,    P. O. Box 7498,
                Libertyville, IL 60043
                                                                                              TOTAL: 8

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty             Much Shelist Denenberg Ament & Rubenstein, P C
16068062*       Citibank,    P.O. Box 688904,   Des Moines, IA 50368-8904
16068074*      +Sarah H. Gorz,    503 Ridgewood Avenue,   Glen Ellyn, IL 60137-5016
16068075*      +Sarah H. Gorz,    503 Ridgewood Avenue,   Glen Ellyn, IL 60137-5016
16068076*      +Sarah H. Gorz,    503 Ridgewood Avenue,   Glen Ellyn, IL 60137-5016
16068077*      +Sarah H. Gorz,    503 Ridgewood Avenue,   Glen Ellyn, IL 60137-5016
                                                                                              TOTALS: 1, * 5, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 22, 2011**              **Signature:**        _Joseph Speetjens_