UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: GORZ, MICHAEL | § Case No. 10-38929 |
| | § |
| | § |
| Debtor(s) | § |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

NORMAN NEWMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 *(without deducting any secured claims)* | Assets Exempt: $17,300.00 |
| Total Distribution to Claimants: $5,765.02 | Claims Discharged Without Payment: $43,286.41 |
| Total Expenses of Administration: $3,821.87 | |

3) Total gross receipts of $ 16,760.38   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 7,173.49   (see **Exhibit 2**), yielded net receipts of $9,586.89 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $833,828.41 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 3,821.87 | 3,821.87 | 3,821.87 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from**Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 55,143.41 | 5,765.02 | 5,765.02 | 5,765.02 |
| **TOTAL DISBURSEMENTS** | $888,971.82 | $9,586.89 | $9,586.89 | $9,586.89 |

4) This case was originally filed under Chapter 7 on August 31, 2010. The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 01/27/2012           By: /s/NORMAN NEWMAN
                                   Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 —GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 1/7th share of deceased mother's estate | 1280-000 | 16,759.33 |
| Interest Income | 1270-000 | 1.05 |
| **TOTAL GROSS RECEIPTS** | | **$16,760.38** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 —FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| GORZ, MICHAEL | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 8200-000 | 7,173.49 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$7,173.49** |

## EXHIBIT 3 —SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Wells Fargo Home Mortgage | 4110-000 | 732,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Bank N.A. | 4110-000 | 101,828.41 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$833,828.41** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Norman B. Newman, Trustee | 2100-000 | N/A | 1,705.03 | 1,705.03 | 1,705.03 |
| Much Shelist, et.al. | 3110-000 | N/A | 2,055.00 | 2,055.00 | 2,055.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | |
|---|---|---|---|---|---|
| Much Shelist, et.al. | 3120-000 | N/A | 2.90 | 2.90 | 2.90 |
| The Bank of New York Mellon | 2600-000 | N/A | 38.53 | 38.53 | 38.53 |
| The Bank of New York Mellon | 2600-000 | N/A | -13.53 | -13.53 | -13.53 |
| The Bank of New York Mellon | 2600-000 | N/A | 33.94 | 33.94 | 33.94 |
| The Bank of New York Mellon | 2600-000 | N/A | 32.75 | 32.75 | 32.75 |
| The Bank of New York Mellon | 2600-000 | N/A | -32.75 | -32.75 | -32.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 3,821.87 | 3,821.87 | 3,821.87 |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | 0.00 | 0.00 | 0.00 | 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-000 | 7,000.00 | 3,317.78 | 3,317.78 | 3,317.78 |
| 1I | Discover Bank | 7990-000 | 0.00 | 10.82 | 10.82 | 10.82 |
| 2 | Am. InfoSource LP as agent for Am. Honda Finance | 7100-000 | 4,857.00 | 2,428.50 | 2,428.50 | 2,428.50 |
| 2I | Am. InfoSource LP as agent for Am. Honda Finance | 7990-000 | 0.00 | 7.92 | 7.92 | 7.92 |
| NOTFILED | GE Money Bank | 7100-000 | 3,611.00 | N/A | N/A | 0.00 |
| NOTFILED | Nicor Gas | 7100-000 | 495.70 | N/A | N/A | 0.00 |
| NOTFILED | Jill & Michael Flaherty | 7100-000 | 505.00 | N/A | N/A | 0.00 |
| NOTFILED | Wole & Stec, Ltd. | 7100-000 | 5,724.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| NOTFILED | ComEd | 7100-000 | 105.64 | N/A | N/A | 0.00 |
| NOTFILED | Residences at the Grove | 7100-000 | 7,600.00 | N/A | N/A | 0.00 |
| NOTFILED | Law Offices of Robert McDonough | 7100-000 | 15,589.29 | N/A | N/A | 0.00 |
| NOTFILED | Central DuPage Hospital | 7100-000 | 536.90 | N/A | N/A | 0.00 |
| NOTFILED | Comcast | 7100-000 | 218.88 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| NOTFILED | Citibank | 7100-000 | 6,900.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 55,143.41 | 5,765.02 | 5,765.02 | 5,765.02 |

**UST Form 101-7-TDR (10/1/2010)**

Exhibit 8

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 10-38929  
**Case Name:** GORZ, MICHAEL  
**Period Ending:** 01/27/12

**Trustee:** (330560) NORMAN NEWMAN  
**Filed (f) or Converted (c):** 08/31/10 (f)  
**§341(a) Meeting Date:** 10/21/10  
**Claims Bar Date:** 05/03/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 503 Ridgewood Avenue, Glen Ellyn, IL 60139 | 700,000.00 | 0.00 | | 0.00 | FA |
| 2 | Citibank - Checking<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 600.00 | 0.00 | | 0.00 | FA |
| 3 | 1 Couch, 2 Chairs, 6 Lamps, 2 Tables, 3 Chest of<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 1,000.00 | 0.00 | | 0.00 | FA |
| 4 | 5 Boxes of Books, 15 Framed pieces of personal a<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 200.00 | 0.00 | | 0.00 | FA |
| 5 | Normal Wearing Apparel<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 500.00 | 0.00 | | 0.00 | FA |
| 6 | 1 digital Camera Misc. Painting Supplies Canvas<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 150.00 | 150.00 | | 0.00 | FA |
| 7 | 4 year old Computer 1 Color Desktop Printer<br>Orig. Asset Memo: Imported from original petition Doc# 1 | 100.00 | 100.00 | | 0.00 | FA |
| 8 | 1/7th share of deceased mother's estate (u) | 16,543.78 | 16,543.78 | | 16,759.33 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 1.05 | FA |
| 9 | Assets    Totals (Excluding unknown values) | $719,093.78 | $16,793.78 | | $16,760.38 | $0.00 |

**Major Activities Affecting Case Closing:**

Final report submitted; Awaiting zero bank statement.

**Initial Projected Date Of Final Report (TFR):**   September 30, 2011          **Current Projected Date Of Final Report (TFR):**   October 19, 2011 (Actual)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-38929 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | GORZ, MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******96-65 - Money Market Account |
| Taxpayer ID #: | **-***0926 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/27/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/04/11 | {8} | Attorneys' Title Guaranty Fund, Inc. | 1/7th share of sale of deceased mother's estate | 1280-000 | 16,543.78 | | 16,543.78 |
| 04/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.11 | | 16,543.89 |
| 05/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,544.03 |
| 06/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,544.16 |
| 07/29/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,544.30 |
| 08/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.14 | | 16,544.44 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 38.53 | 16,505.91 |
| 09/08/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -13.53 | 16,519.44 |
| 09/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,519.57 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 33.94 | 16,485.63 |
| 10/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,485.76 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 32.75 | 16,453.01 |
| 11/14/11 | {8} | Peter B. Canalia | Refund of Tax Reproation Agreement re: closing of estate | 1280-000 | 215.55 | | 16,668.56 |
| 11/15/11 | | The Bank of New York Mellon | Bank and Technology Services Fee Adjustment | 2600-000 | | -32.75 | 16,701.31 |
| 11/30/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.13 | | 16,701.44 |
| 12/02/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.00 | | 16,701.44 |
| 12/02/11 | | To Account #9200******9666 | Accont Transfer | 9999-000 | | 16,701.44 | 0.00 |

| | | | |
|---|---|---|---|
| | ACCOUNT TOTALS | 16,760.38 | 16,760.38 | $0.00 |
| | Less: Bank Transfers | 0.00 | 16,701.44 | |
| | Subtotal | 16,760.38 | 58.94 | |
| | Less: Payments to Debtors | | 0.00 | |
| | NET Receipts / Disbursements | $16,760.38 | $58.94 | |

{} Asset reference(s)

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 10-38929 | | Trustee: | NORMAN NEWMAN (330560) |
|---|---|---|---|---|
| Case Name: | GORZ, MICHAEL | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******96-66 - Checking Account |
| Taxpayer ID #: | **-***0926 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 01/27/12 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/02/11 | | From Account #9200******9665 | Accont Transfer | 9999-000 | 16,701.44 | | 16,701.44 |
| 12/02/11 | 101 | Norman B. Newman, Trustee | Dividend paid 100.00% on $1,705.03, Trustee Compensation; Reference: | 2100-000 | | 1,705.03 | 14,996.41 |
| 12/02/11 | 102 | Much Shelist, et.al. | Dividend paid 100.00% on $2,055.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 2,055.00 | 12,941.41 |
| 12/02/11 | 103 | Much Shelist, et.al. | Dividend paid 100.00% on $2.90, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 2.90 | 12,938.51 |
| 12/02/11 | 104 | Discover Bank | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 3,317.78 | 9,620.73 |
| 12/02/11 | 105 | Am. InfoSource LP as agent for Am. Honda Finance | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7100-000 | | 2,428.50 | 7,192.23 |
| 12/02/11 | 106 | Discover Bank | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7990-000 | | 10.82 | 7,181.41 |
| 12/02/11 | 107 | Am. InfoSource LP as agent for Am. Honda Finance | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 7990-000 | | 7.92 | 7,173.49 |
| 12/02/11 | 108 | GORZ, MICHAEL | Final Distribtuion Allowed by the Bankruptcy Court on Filed Claim. | 8200-000 | | 7,173.49 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | | 16,701.44 | 16,701.44 | $0.00 |
| Less: Bank Transfers | | 16,701.44 | 0.00 | |
| Subtotal | | 0.00 | 16,701.44 | |
| Less: Payments to Debtors | | | 7,173.49 | |
| NET Receipts / Disbursements | | $0.00 | $9,527.95 | |

| Net Receipts : | 16,760.38 |
|---|---|
| Net Estate : | $16,760.38 |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******96-65 | 16,760.38 | 58.94 | 0.00 |
| Checking # 9200-******96-66 | 0.00 | 9,527.95 | 0.00 |
| | $16,760.38 | $9,586.89 | $0.00 |

{} Asset reference(s)　　　　　　　　　　　　　　　　　　　　　　　　　　　　Printed: 01/27/2012 12:06 PM　V.12.57